United States District Court
Southern District of Texas
**ENTERED**
September 27, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | NO. 4:18-MJ-01203 |
| § | |
| JOSE MANUEL GONZALEZ § | |
| TESTINO, § | |
| § | |
| DEFENDANT § | |

## ORDER

For the reasons stated in the government's motion, the motion to exclude time from October 10, 2018 through December 10, 2018 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iii) is **GRANTED**.

Signed in Houston, Texas on ____Sept. 27____, 2018.

_____
UNITED STATES DISTRICT JUDGE