USA-74-24B
(Rev. 05/01)

No. 19-CR-341

CRIMINAL DOCKET

United States Courts
Southern District of Texas
FILED

MAY 14 2019

Filed David J. Bradley, Clerk of Court

Judge: Rosenthal

HOUSTON DIVISION

USAO Number: 2018R25288
Magistrate Number: 4:18-1203

CRIMINAL INFORMATION

UNITED STATES of AMERICA
VS.

JOSE M. GONZALEZ-TESTINO

ATTORNEYS:

RYAN K. PATRICK, USA          (713) 567-9000

JOHN P. PEARSON               (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| James Madison Ardoin, III | ✔ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 3 )

Ct. 1: Conspiracy [18 USC § 371]

Ct. 2: Foreign Corrupt Practices Act  [15 USC § 78dd-2 & 18 USC § 2]

Ct. 3: Failure to File Foreign Bank Account Report [31 USC §§ 5314 and 5322(a) & 18 USC § 2]

PENALTY: Ct. 1: Up to 5 years imprisonment, $250,000 fine or twice the pecuniary gain or loss, 3 years SRT, and $100 SA.
Ct. 2 & 3: Up to 5 years imprisonment, $250,000 fine, 3 years SRT, and $100 SA

NOTICE OF CRIMINAL FORFEITURE: 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C)

☑ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: