## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL ACTION H-19-341 |
| | § | |
| JOSE M. GONZALEZ-TESTINO *in custody* | § | |

## WAIVER OF INDICTMENT

I, Jose M. Gonzalez-Testino, the above named defendant, who is accused of Conspiracy in violation of Title 18, United States Code, Section 371, Foreign Corrupt Practices Act in violation of Title 15, United States Code, Section 78dd-2 & Title 18, United States Code, Section 2, and Failure to file foreign bank account report in violation of Title 31, United States Code, Section 5314 and 5322(a) & Title 18, United States Code, Section 2  being advised of the nature of the charges, the proposed Criminal Information, and of my rights, hereby waive in open court on May 29, 2019 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Signed at Houston, Texas on May 29, 2019.

_____
Jose M. Gonzalez-Testino, Defendant

_____
Attorney for Defendant

APPROVED:

_____
Gray H. Miller
Senior United States District Judge