United States District Court
Southern District of Texas
**ENTERED**
May 29, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT § SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA §
§
v. § CRIMINAL ACTION H-19-341
§
JOSE M. GONZALEZ-TESTINO *in custody* §

# Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts 1, 2 & 3, a presentence report is ordered.

1. By **JULY 26, 2019** the initial presentence report must be disclosed to counsel.

2. By **AUGUST 9, 2019** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection.

3. By **AUGUST 23, 2019** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. Sentencing is set for **AUGUST 28, 2019** at **10:00 a.m.** in Courtroom 9-D, 515 Rusk, Houston, Texas.

6. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

7. The defendant must go immediately – with a copy of this order – to:

   United States Probation Department
   Room 2301, 515 Rusk Avenue, Houston
   Telephone: (713) 250-5266

   If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed at Houston, Texas on May 29, 2019.

_____
Gray H. Miller
Senior United States District Judge

*Copies:  United States Probation*
*AUSA ~ Sarah Edwards*
*Defense Counsel ~ Jimmy Ardoin*
*Defendant*