United States District Court
Southern District of Texas
**ENTERED**
May 31, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 19-cr-341 |
|---|---|---|---|
| United States of America ||||
| *versus* ||||
| Jose M. Gonzalez-Testino ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sonali D. Patel<br>Fraud Section, Department of Justice<br>1400 New York Avenue<br>Washington, DC 20530<br>(202) 514-1106, sonali.patel2@usdoj.gov<br>New York, registration no. 4844049 |
|---|---|

| Name of party applicant seeks to appear for: | United States of America |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 05.24.2019 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 5-28-19 | Clerk's signature [signature] |

**Order**

Dated: 5-28-19

This lawyer is admitted *pro hac vice*.

[signature]
United States District Judge