United States District Court
Southern District of Texas
**ENTERED**
November 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT　　　SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | CRIMINAL ACTION H-19-341 |
| § § § | |
| JOSE M. GONZALEZ-TESTINO § | |

## Order

The sentencing of the defendant is reset as follows:

1. The presentence investigation report will be available to the defendant by January 17, 2020.

2. Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by January 31, 2020.

3. The probation officer must submit to the Judge the final presentence report with an addendum addressing contested issues by February 14, 2020.

4. **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5. The sentencing will be held on February 19, 2020 at 10:00 a.m.

Signed at Houston, Texas on November 18, 2019.

_____
Gray H. Miller
Senior United States District Judge