United States District Court
Southern District of Texas
**ENTERED**
June 03, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                          CASE NO. 19-cr-00341

JOSE M. GONZALEZ-TESTINO,

    Defendant.
_____//

**ORDER GRANTING DEFENDANT JOSE M. GONZALEZ-TESTINO'S UNOPPOSED MOTION FOR LEAVE TO FILE UNDER SEAL EMERGENCY UNOPPOSED MOTION FOR TEMPORARY RELEASE OF THE PASSPORTS OF MARIA ALEJANDRA DIAZ AND TO PERMIT TRAVEL**

    THIS CAUSE, having come before the Court and the Court having reviewed Defendant Jose M. Gonzalez-Testino's unopposed motion for leave to file under seal Emergency Unopposed Motion for Temporary Release of the Passports of Maria Alejandra Diaz and to Permit Travel, having been otherwise fully advised in this matter, and there being no opposition, it is hereby,

    ORDERED and ADJUDGED that said Motion is hereby GRANTED. The Clerk is ordered to seal Defendant Jose Manuel Gonzalez-Testino's Emergency Unopposed Sealed Motion for Temporary Release of the Passports of Maria Alejandra Diaz and to permit to travel.

    DONE AND ORDERED in Houston, Texas, this __3rd__ day of __June__, 2021.

                                                _____
                                                GRAY H. MILLER
                                                UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
     USPO Houston

{M1813869.1}