United States District Court
Southern District of Texas

**UNITED STATES DISTRICT COURT**      **SOUTHERN DISTRICT OF TEXAS**

**ENTERED**

January 14, 2022

Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CRIMINAL ACTION H-19-341 |
| | § | |
| | § | |
| JOSE MANUEL GONZALEZ TESTINO | § | |

## Order Resetting Sentencing

The United States filed an Agreed Motion for a Continuance (DE 149).

The Court finds that the ends of justice are served by granting this continuance. The Motion

for Continuance is GRANTED.  The sentencing of the defendant is reset as follows:

1.   The presentence investigation report will be available to the defendants by July 6, 2022.

2.   Counsel must object in writing to the facts used and application of the guidelines or a statement that there is no objection by July 20, 2022.

3.   The probation officer must submit to the Judge the final presentence report with an addendum addressing contested issues by August 3, 2022.

4.   **All motions, sentencing memorandums and letters of support shall be filed no later than the Monday prior to sentencing to be considered.**

5.   The sentencing will be held on August 10, 2022 at 10:30 a.m.

Signed at Houston, Texas on January 14, 2022.

Gray H. Miller
Senior United States District Judge